# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ECOBEE, INC., | ) |
| Plaintiff, | ) Case No.: 19-cv-10047-PBS |
| v. | ) |
| TECHMATIC, DYNAMICSALES, ÂMAZIN SALE, and JOHN DOES 1-10, | ) |
| Defendants. | ) |

[PROPOSED]

## JUDGMENT AND ORDER GRANTING PERMANENT INJUNCTION

Upon consideration of plaintiff ecobee, Inc.'s ("Plaintiff" or "ecobee") Motion for Default Judgment and Permanent Injunctive Relief, Plaintiff's Motion is ALLOWED and the Court hereby enters JUDGMENT for ecobee, Inc. Pursuant to said Judgment, it is hereby ADJUDGED and ORDERED that:

1. Judgment is hereby ENTERED against defendants TECHMATIC, DYNAMICSALES, and ÂMAZIN SALE on all counts of the Complaint in the above-captioned matter;

2. As to Counts I and II, the Court finds that TECHMATIC, DYNAMICSALES, and ÂMAZIN SALE infringed on ecobee's trademark in violation of the Lanham Act, 15 U.S.C, § 1051, et seq.;

3. As to Count III, the Court finds that TECHMATIC, DYNAMICSALES, and ÂMAZIN SALE tortiously interfered with ecobee's contract/business relations in violation of the laws of the Commonwealth of Massachusetts;

303102144 v1

4.  As to Count IV, the Court finds that TECHMATIC, DYNAMICSALES, and ÂMAZIN
    SALE engaged in willful unfair competition in violation of G.L. c 93A against ecobee;

5.  TECHMATIC, DYNAMICSALES, and ÂMAZIN SALE, their officers, agents, servants,
    employees, and any persons or entities acting in concert or participation with
    TECHMATIC, DYNAMICSALES, or ÂMAZIN SALE including, but not limited to, any
    online platform, such as Amazon.com, or any website, website host, website
    administrator, domain registrar, or internet service provider, are hereby **ENJOINED**
    from:

    a.  Acquiring, selling, or taking any steps to acquire or sell, any products bearing the
        ECOBEE trademark in violation of ecobee's Authorized Dealer Agreement;

    b.  engaging in any activity constituting unfair competition with ecobee; and

    c.  inducing, assisting, or abetting any other person or entity to tortiously interfere
        with ecobee's Authorized Dealer Network.

Dated:  4/21/19

Patti B. Saris
United States District Judge

303102144 v1